# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARY CAROLYN BAILEY**                                   **PLAINTIFF**

**v.**                          **Case No. 4:21-cv-00612-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT and**
**CHARLES MCNULTY, Individually and as**
**Superintendent**                                        **DEFENDANTS**

## JOINT RULE 26(f) REPORT

Counsel for Plaintiff and Defendants held a Rule 26(f) Conference on September 10, 2021. For their joint report under Fed. R. Civ. P. 26(f), the parties state as follows:

1. The parties do not propose any changes to the timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).

2. The parties will make mandatory disclosures on or before October 30, 2021.

3. The parties agree that discovery may be needed on the following subjects: liability, causation, defenses, damages, and any other issues related to the claims in this case.

4. The parties may request the disclosure or production of information from electronic or computer-based media. As such, the parties further state:

    i) It is anticipated that the sought disclosures will be data reasonably available to Plaintiff and Defendants.

    ii) The parties are unable to determine if such production will be required at this time, but if such production becomes necessary, and is beyond what is reasonably available to the parties in the ordinary course of business, the parties will timely inform the Court.

iii) Information that is stored electronically will be provided in the format in which it is ordinarily kept.

iv) The parties specifically request that all potentially discoverable data be preserved from alteration or destruction in the ordinary course of business or otherwise. Defendant Pulaski County Special School District is unaware if any potentially discoverable data has been altered or destroyed in the ordinary course of business at this time.

v) Presently, the parties do not anticipate any problems which may arise in connection with electronic or computer-based discovery.

5. The parties agree with the proposed discovery completion date of June 3, 2022.

6. The parties do not, at this time, anticipate needed changes in the limitations imposed by the Federal Rules of Civil Procedure.

7. The parties believe that a protective order will be required in this case. The parties will attempt to negotiate an agreed protective order for submission to the Court.

8. The parties have no objections to initial disclosures.

9. The parties have no objections to the trial date.

10. The parties agree with proposed date of March 1, 2022 for the joinder of other parties and amendments to the pleadings.

11. The parties agree with the proposed discovery deadline of June 3, 2022.

12. The parties agree with the proposed dispositive motion deadline of August 5, 2022.

13. This is not a class action.

APPROVED:

RANDY COLEMAN, P.A.
P.O. Box 25831
Little Rock, AR 72221
Of Counsel To JACK NELSON JONES, P.A.
(501) 707-5544 (Direct)
(501) 590-7197 (Cell)
(501) 375-1027 (Fax)
Email: grc@jacknelsonjones.com

By: **Randy Coleman**
      Randy Coleman Ark. Bar No. 70018

*Attorney for Plaintiff*

    -AND-

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
       ckees@bbpalaw.com

By: **Jay Bequette**
      Jay Bequette, Ark. Bar No. 87012
      W. Cody Kees, Ark. Bar No. 2012118

*Attorneys for Defendants*