IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY CAROLYN BAILEY**                                                          **PLAINTIFF**

v.                              Case No. 4:21-cv-00612-JM

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT and**      **DEFENDANTS**
**CHARLES MCNULTY, Individually and as**
**Superintendent**

MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Randy Coleman and Randy Coleman, P.A. ("Counsel") requests approval to withdraw as counsel of record for Plaintiff Mary Carolyn Bailey ("Plaintiff") and states:

1. Counsel represents Plaintiff.

2. Counsel seeks to withdraw as counsel of record for Plaintiff, Mary Carolyn Bailey for good cause. Counsel experiences continuing physical and health conditions, which adversely impact the ability of Counsel to effectively prepare and conduct a jury trial in this matter.

3. Counsel has taken reasonable steps to avoid foreseeable prejudice to the rights of Plaintiff, including giving due notice to Plaintiff and allowing time for employment of another attorney. Counsel has or stands ready to tender to client all papers and property to which Plaintiff is entitled and will assist in the transition of the case to replacement counsel. Counsel does not retain any unearned fees or fees paid in advance. Mr. Chris W. Burks will enter his appearance as replacement counsel.

4. Counsel has conferred with Defendants' attorneys and is authorized to state to the Court that there is no objection of this Motion.

5. This withdrawal is in the best interest of Plaintiff.

6. Plaintiff consents to the Motion as per her consent attached hereto and incorporated herein by reference.

WHEREFORE, Counsel requests that the Court enter an order authorizing Counsel to withdraw as counsel of record for Plaintiff and for such further relief as the Court deems appropriate.

Respectfully submitted,

/s/ Randy Coleman
RANDY COLEMAN, BAR NO. 70018
RANDY COLEMAN, P. A.
P. O. Box 25831
Little Rock, Arkansas 72221
COUNSEL
JACK NELSON JONES, P. A.
Email: grc@jacknelsonjones.com
Direct Dial: 501.707.5544
Cell: 501.590.7197
Fax: 501.375.1027

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I herby certify that a copy of this pleading has been served on the counsel for Defendants this 21st day of September, 2022, via the Court's efiling system.

/s/ Randy Coleman

2

# N THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MARY CAROLYN BAILEY                                                                 PLAINTIFF

v.                              Case No. 4:21-cv-00612-JM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT and
CHARLES MCNULTY, Individually and as
Superintendent

### PLAINTIFF'S CONSENT TO WITHDRAWAL OF COUNSEL

I have been advised of the Motion To Withdraw As Plaintiff's Counsel by my existing counsel Randy Coleman and Randy Coleman, P.A. I do hereby consent to such withdrawal.

_____
Mary Carolyn Bailey, Plaintiff

9-21-2022
_____
Date