# Crystal Newton

| | |
|---|---|
| **From:** | Cody Kees <ckees@bbpalaw.com> |
| **Sent:** | Friday, December 30, 2022 9:01 AM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | Docket Correction in Case 4:21-cv-00612-JM Bailey v. PCSSD, Docket Entry 23 |
| **Attachments:** | Brief in Support of MSJ- Revised.pdf |

**CAUTION - EXTERNAL:**

Per my call with Frank just now, attached is the correct document for Docket Entry 23.  Thanks

**Cody Kees**
*Bequette, Billingsley & Kees, P.A.*
Attorneys At Law
425 West Capitol Avenue | Suite 3200
Little Rock, Arkansas 72201-3469
T (501) 374-1107  |  C (870) 550-3645
F (501) 374-5092 |  ckees@bbpalaw.com

---

**From:** ecf_support@ared.uscourts.gov ecf_support@ared.uscourts.gov
**Sent:** Thursday, December 29, 2022 4:44 PM
**To:** ared_ecf@ared.uscourts.gov
**Subject:** Activity in Case 4:21-cv-00612-JM Bailey v. Pulaski County Special School District et al Brief in Support

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of Arkansas**

# Notice of Electronic Filing

The following transaction was entered by Kees, William on 12/29/2022 at 4:44 PM CST and filed on 12/29/2022
**Case Name:**      Bailey v. Pulaski County Special School District et al
**Case Number:**    4:21-cv-00612-JM
**Filer:**          Charles McNulty
                    Pulaski County Special School District
**Document Number:** 23

**Docket Text:**
**BRIEF IN SUPPORT re [22] Motion for Summary Judgment,, filed by All Defendants. (Kees, William)**

**4:21-cv-00612-JM Notice has been electronically mailed to:**

Christopher Wesley Burks    chris@whlawoffices.com, sara@wh.law

George Jay Bequette , Jr    jbequette@bbpalaw.com, fdurham@bbpalaw.com, gcooley@bbpalaw.com, msadler@bbpalaw.com

Troy Thomas Stewart    tstewart@bbpalaw.com, fdurham@bbpalaw.com, gcooley@bbpalaw.com, msadler@bbpalaw.com

William Cody Kees    ckees@bbpalaw.com, fdurham@bbpalaw.com, msadler@bbpalaw.com

**4:21-cv-00612-JM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=12/29/2022] [FileNumber=9273232-0] [38a330e256316ddfcf024cfc427266076b030bcdecd6bb1aadb9399b6fd251f85d 10c8006fad60bcbfcea6be7fc7eb99aad46eb1ad838e7b345c3a38804c12ae]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.