IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY CAROLYN BAILEY**                                                                 **PLAINTIFF**

v.             Case No. 4:21-CV-612

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT and
CHARLES MCNULTY, Individually and
as Superintendent**                                                                           **DEFENDANT**

### JOINT STATUS REPORT

COMES NOW Plaintiff and Defendants through counsel and for their joint status reports, state:

1. On April 25, 2022, this Court entered an Amended Final Scheduling Order, with a status report to be filed by January 3, 2023.

2. Mediation has not been conducted.

3. Parties estimate a trial will take two days.

Respectfully submitted,

**MARY CAROLYN BAILEY,
PLAINTIFF**

wh Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:   Chris Burks (ABN: 2010207)
chris@wh.law

AND

**PULASKI COUNTY SPECIAL
SCHOOL DISTRICT AND CHARLES**

**MCNULTY, individually and as Superintendent, DEFENDANTS**

Bequette, Billingsley & Kees, P.A.
425 W Capitol Ave., Suite 3200
Little Rock, AR 72201
(501) 374-1107

By: Jay Bequette (ABN: 87012)
jbequette@bbpalaw.com
Cody Kees (ABN: 2012118)
ckees@bbpalaw.com