IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARY CAROLYN BAILEY                                                                                              PLAINTIFF

v.                                    CASE NO. 4:21-cv-00612-JM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
AND CHARLES MCNULTY, Individually and as
Superintendent                                                                                                          DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this day, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 9th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE